# EXHIBIT A

09-13-'16 12:32 FROM- AHS            15862624464            T-143  P0001/0001 F-486

Needing Coverage with the holidays approaching?

CRNA and Anesthesiologist Available – your choice

Active IL license – clean credential

Malpractice Provided

Both providers are excellent.

If you'd like to review CVs, will forward. Please send your needs to jennifermcculloch@ahcstaff.com – thank you!

Jennifer McCulloch

586-722-2809