# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
## Eastern Division

Advantage Healthcare, Ltd.

                                                Plaintiff,

v.                                                                            Case No.: 1:17–cv–09149
                                                                           Honorable John Z. Lee

Accountable Healthcare Staffing, Inc.

                                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 22, 2018:

       MINUTE entry before the Honorable John Z. Lee:Status hearing held on 5/22/18. This case is dismissed without prejudice with each side the bear their own fees and costs; the dismissal will become with prejudice in 60 days. Civil case terminated.Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.